HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROGRESSIVE INTERNATIONAL
CORPORATION,

        Plaintiff,

    v.

AMGTM LLC,

        Defendant.

CASE NO. C17-448 RAJ

ORDER

This matter comes before the Court on Plaintiff's motion to compel (Dkt. # 25) and Defendant's motion to withdraw as counsel (Dkt. # 38). The parties stipulated to extending the noting date on the motion to compel from February 16, 2018 to March 30, 2018. Dkt. # 32. The parties did not file a new stipulation or notice informing the Court whether the motion has now been handled internally. However, Defendant did not oppose the motion by March 30, 2018, and therefore the Court considers this an admission that any non-resolved portions of that motion have merit. Local Rules W.D. Wash. LCR 7(b)(2). Accordingly, the Court **GRANTS** Plaintiff's motion to compel. Dkt. # 25. **Defendant has twenty-one (21) days from the date of this Order to produce any remaining disputed documents.** The Court will not impose sanctions on

ORDER- 1

Defendant at this time. The Court will not hesitate to impose sanctions on Defendant in the future if it appears that Defendant is failing to litigate the matter in good faith.

Defendant's attorney, Sally White, moves this Court to grant her motion to withdraw due to an unreasonable and apparently unresolvable breakdown in communications with her client. Dkt. # 38. Plaintiff does not oppose the motion on principal, but cites a host of concerns regarding Defendant's insidious motives.

The Court **GRANTS** counsel's motion to withdraw. Dkt. # 38. **Defendant has fourteen (14) days from the date of this Order in which to secure proper counsel**. If Defendant chooses to continue with Nicholas Myers as its counsel, then Mr. Myers has the responsibility to properly appear before this Court. **Any failure on the part of Defendant or Mr. Myers may result in sanctions, which may include personal sanctions upon Mr. Myers.** The Court directs Plaintiff to ensure that Mr. Myers is in receipt of this Order.

Dated this 19th day of April, 2018.

The Honorable Richard A. Jones
United States District Judge